■ In the Matter of Roosevelt Benthal, Petitioner, v William Holland et al., Respondents. — Application for a writ of prohibition and mandamus

unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Ross, Silverman, Fein and Kassal, JJ.